WILLIAM A. HANSSEN (SBN #110613)
william.hanssen@dbr.com
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

KRISTA L. COSNER (SBN #213338)
krista.cosner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and ZICAM LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEBRA COLLINS,

    Plaintiff,

v.

MATRIXX INITIATIVES, INC., a Delaware Corporation, formerly known as Gum Tech International, Inc.; ZICAM, LLC, an Arizona Limited Liability Company, formerly known as Gel Tech, LLC; and Does I through 10, Inclusive,

    Defendants.

Case No. CV10 2395 GAF (JEMx)

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
[CIV. L.R. 83-1.4]

Pursuant to Civil L.R. 83-1.4, defendants MATRIXX INITIATIVES, INC. and ZICAM LLC submit the following Notice of Pendency of Other Action or Proceeding.

On October 9, 2009, pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation (the "Panel") established MDL No. 2096, *In re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation* coordinating

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 83-1.4]
SF01/ 680209.1

CASE NO. _____

personal injury and consumer fraud cases involving Zicam® Cold Remedy products before the Honorable Frederick J. Martone in the District of Arizona for all pretrial proceedings ("MDL No. 2096"). To date, over 85 cases have been transferred to MDL No. 2096, and transfers of additional "tag-along" actions are pending.

Matrixx seeks the transfer of this action to MDL No. 2096. Pursuant to Civil L.R. 83-1.4.3, Defendants therefore respectfully request that this Court stay this action, pending a decision on transfer by the Panel, to achieve judicial economies that underlie 28 U.S.C. §1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL No. 2096, the following state court actions also allege marketing, sales practice and/or product liability claims against Matrixx related to the of the over-the-counter drug Zicam® Cold Remedy:

1. Alex, Russ, et al v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-002412;

2. Ambrose, Robert, et al. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-034435;

3. Baietty, Janice. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-050020;

4. Bobrink, John, et al. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of California, San Francisco County, Case No. CGC-09-493463;

5. Bozarth, Patricia L. v. Matrixx Initiatives, Inc., et al., Superior Court of Washington, County of Pend Oreille, Case No. 10-200050-6.

6. Bradley, Lois v. Matrixx Initiatives, Inc., et al., Superior Court of the State of California, Contra Costa County, Case No. C 09-03590;

7. Brooks, James v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2008-022965;

8. Bunin, Simona v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Florida, Broward County, Case No. 09056853;

9. Ceci, Mackenzie L. v. Matrixx Initiatives, Inc., et al., District Court of the Seventh Judicial District of Idaho, County of Bonneville, Case No. CV-10-1716;

10. Colello, Matthew v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-050694;

11. Coleman, Sean v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Illinois, Cook County, Case No. 2009L001580;

12. Cramer, Harry F. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-050838;

13. DeRosier, Marc v. Matrixx Initiatives, Inc., et al., Superior Court of the State of California, San Bernardino County, Case No. CIV DS 913953;

14. Druien, Cindy L. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-050839;

15. Glasser, Mark v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-054704;

16. Glisson, Jennifer v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Illinois, Madison County, Case No. 09L1415;

17. Gollwitzer, Lawrence v. Matrixx Initiatives, Inc., et al., Superior Court of the State of New York, Erie County, Case No. I2010002093;

18. Hoffman, David v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-054410;

19. Hood, Michael, et al. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Florida, Broward County, Case No. CV 04006193 (Under Appeal);

20. Howes, Gary v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-015233;

21. Hurley, Elizabeth v. Matrixx Initiatives, Inc., et al., Superior Court of

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 83-1.4]
SF01/ 680209.1
- 3 -
CASE NO. _____

1  the State of Arizona, Maricopa County, Case No. CV2010-051315;

2      22.  Jacobs, Martha S. v. Matrixx Initiatives, Inc., et al., Superior Court of
3  the State of Arizona, Maricopa County, Case No. CV2010-003530;

4      23.  Johnson, Karin v. Matrixx Initiatives, Inc., et al., Superior Court of the
5  State of Arizona, Maricopa County, Case No. CV2009-055434;

6      24.  Kimball, David v. Matrixx Initiatives, Inc., et al., Superior Court of
7  the State of Arizona, Maricopa County, Case No. CV2009-055082;

8      25.  Lane, Veronica, et al. v. Matrixx Initiatives, Inc., et al., Superior Court
9  of the State of California, San Francisco County, Case No. CGC-09-491284;

10     26.  Marshall, Charles, et al v. Matrixx Initiatives, Inc., et al. Superior
11 Court of the State of Arizona, Maricopa County, Case No. CV2010-002413;

12     27.  McGill, Christine v. Matrixx Initiatives, Inc., et al., Superior Court of
13 the State of Arizona, Maricopa County, Case No. CV2008-028809;

14     28.  Medel, David, et al. v. Matrixx Initiatives, Inc., et al., Superior Court
15 of the State of Arizona, Maricopa County, Case No. CV2007-020006;

16     29.  Nissim, Sandra, et al. v. Matrixx Initiatives, Inc., et al., Superior Court
17 of the State of California, Marin County, Case No. CIV 095099;

18     30.  Remming, Cyndi L. v. Matrixx Initiatives, Inc., et al., Superior Court
19 of the State of Arizona, Maricopa County, Case No. CV2010-050696;

20     31.  Richardson, Nan v. Matrixx Initiatives, Inc., et al., Superior Court of
21 the State of California, San Bernardino County, Case No. CIVDS 910295;

22     32.  Rohr, Betty, et al. v. Zicam LLC, et al., Superior Court of the State of
23 Illinois, Macon County, Case No. 09-L-119;

24     33.  Rule, Liza D. v. Matrixx Initiatives, et al., Superior Court of
25 Washington, County of Spokane, Case No. 10201166-2;

26     34.  Schaffer, Frederick, et al. v. Matrixx Initiatives, Inc., et al., Superior
27 Court of the State of Florida, Broward County, Case No. 09034638;

28     35.  Shannon, Linda M. v. Matrixx Initiatives, Inc., et al., Superior Court of

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF PENDENCY OF OTHER ACTION OR
PROCEEDING [CIV. L.R. 83-1.4]                - 4 -                          CASE NO. _____
SF01/ 680209.1

the State of Arizona, Maricopa County, Case No. CV2010-050840;

36. Touhey, Wendy, et al. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Washington, King County, Case No. 09-2-38349-9 KNT;

37. Turner, Billy J. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-050780;

38. Viviani, Deborah M. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Arizona, Maricopa County, Case No. CV2010-002716;

39. Waddleton, Victoria v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Washington, King County, Case No. 10-2-08668-4:

40. West, Gwendolyn, et al. v. Matrixx Initiatives, Inc., et al., Superior Court of the State of Missouri, St. Louis County, Case No. 09SL-CC02853;

41. Wood, Connie v. Zicam, LLC, et al., Superior Court of the State of Illinois, McClean County, Case No. 09-L-121

Dated: April __/__, 2010

DRINKER BIDDLE & REATH LLP

By: _____
Krista L. Cosner

Attorneys for Defendants
MATRIXX INITIATIVES, INC. and
ZICAM LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 83-1.4]
SF01/ 680209.1

- 5 -

CASE NO. _____